KYWD USDC Pro Se 15 (Rev. 10/20)  Complaint for Violation of Civil Rights (Non–Prisoner)

**FILED**
JAMES J. VILT JR,
CLERK
January 3, 2023
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

UNITED STATES DISTRICT COURT

for the

Western District of Kentucky 

Louisville Division

Christopher Pascoe

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Thomas young
Joey board
Bruce Butler
William (Billy) Shane Richardson

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:23-cv-5-RGJ
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes   ☐ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

KYWD USDC Pro Se 15 (Rev. 10/20)  Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Christopher Pascoe |
| Address | 295 Ashley ln |
| City | Irvington |
| State | KY |
| Zip Code | 40146 |
| County | Breckinridge |
| Telephone Number | (270)980-8335 |
| E-Mail Address | ChrisRPascoe@outlook.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Bruce t Butler |
| Job or Title (if known) | circuit judge for the 46th Judicial Circuit div1 |
| Address | 208 E 3rd St |
| City | Hardinsburg |
| State | KY |
| Zip Code | 40143 |
| County | Breckinridge |
| Telephone Number | (270) 756-6278 |
| E-Mail Address (if known) | fax(270)756-1280 |

☐ Individual capacity  ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Thomas Young |
| Job or Title (if known) | Chief Deputy Breckinridge County Sheriff's Office |
| Address | 2330 Falcon Ct, KY 42303 |
| City | Daviess |
| State | KY |
| Zip Code | 42303 |
| County | Breckinridge |
| Telephone Number | (270)821-2002  (618) 985-8009 |
| E-Mail Address (if known) | |

☐ Individual capacity  ☑ Official capacity

KYWD USDC Pro Se 15 (Rev. 10/20)  Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
- Name: William Shane Richardson
- Job or Title *(if known)*: Breckinridge County Sheriff
- Address: 2795 Miller Rd
  - City: guston
  - State: KY
  - Zip Code: 40142
- County: Breckinridge
- Telephone Number: 270-756-2361  (270) 547-2264
- E-Mail Address *(if known)*: Fax: 270-756-5444

[ ] Individual capacity  [✓] Official capacity

Defendant No. 4
- Name: Joseph Board
- Job or Title *(if known)*: Breckinridge County deputy Sheriff
- Address: 283 PO Box
  - City: Irvington
  - State: KY
  - Zip Code: 40146
- County: Breckinridge
- Telephone Number: 270-756-2361    (270) 945-1600
- E-Mail Address *(if known)*: Fax: 270-756-5444

[ ] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
violations of; the 4th 6th & 8th amendments to the constitution. malicious prosecution and Brady rule

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

they are officers of the court, that twisted "evidance" to fit their story no reasonable person without bias and motive could have drew the conclutions that they did and no Honorable judge would sing a seach warrent that used the statements "Any and all" while all 4 defendents were acting "under color of law" any resonable person would have to come to the conclution that they where truly well outside the scope of the law and their actions malicous and unjust

## III. Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
486 board cemetery road

B. What date and approximate time did the events giving rise to your claim(s) occur?
jan.10

October 6th approximatly between 19:15 & 23:13

to present

C. What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*
-The sherrifs department was justifiying their thoughts and actions off of rumers spreed by a disgunteled neighbor. Ferthermore they twisted evidence to fit their story
-the warrent; probable cause section, eye whitness statements where ommited.
-Ms.lucase and i where keept in the cold for the purpus of interagation and punishment.
-My emotional support dog WAS NOT taken into custidy INTELL Thomas was told pascoe was only to be charged with his FTA
-sherriff Billy Richardson supervised the search, made reffrences to the late Mr.Lucase
-Judge Bruce t Butler singed the warrent. see attached
-Officer Combs was not named although he was there pertisapating because he conducted himself in a manner suitable for a peace officer.

IV.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
Loss of freedom, peace of mind, public image, pain and suffering.

My emotional support dog, that i had trained for more than a year is no longer sutable to accomppiny me into stores, or preform as i need him to in day to day life

their herrasment and pressents in ms.lucase's nephuews life drove him out of his happy family to the home ms.lucas sheared with me.

loss of a partner that would talk to clients pack me a lunch and keep up with my calender

V.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I would like a jury of my pears to decide what pain, suffering indurred, because of thier relentless actions since january 10th, and a service animal halfway through training that no longer responds appropritly is worth.

Or

Dismissal of All charges pursuit the unconstitutional warrant. Joey board to hand over; the finger print safe taken during the search, Any statements made by the Custer store employee about Lucas and Pascoe from their robbery notes, the badges of the deffendents so their respective agencies will have to make a consions desistion to condone their behavior & $1,000,000.

**VI.  Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.  For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.  **I declare under penalty of perjury that the information contained in this document is true and correct.**

Date of signing: 01/02/2023

Signature of Plaintiff: Christopher Pascoe
Printed Name of Plaintiff: Christopher Pascoe

**B.  For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City     State     Zip Code

Telephone Number
E-mail Address